UNITED STATES DISTRICT COURT
FILED
NOV 29 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

To: Honorable Judge
David G. Larimer

Sir: I am requesting the following to be turned over to me rightaway!

1) I want a copy of my consent Document that's stamped of my consent to have Magistrate Mariam W. Payson which I did

I want a stamped copie of me Requesting Magistrate Payson for entire

2) Proceeding I am in disagreement with Proceeding Spencer Ash is to not continue as counsel in this case I brought it to Magistrate Payson attention then to you, Regarding attorney Ash groping himself infront of me and my 2 daughter's at original mediation with Mr. Ash

I want a court Investigation and Him Removed From the matter and theres other violation I want to discuss with the court about Mr. Ash. In person at a court Counsel: Conference

3) my Discovery Demands to Mr. Ash were not turn over to me In accordance with F.R.C.P. 26-37. I gave him a Itemized List.

Upon a meeting with Magistrate Payson I advised her Initially, at a Conference with Magistrate Payson, Mr. Ash, present, Magistrate gave oral order to Ash to turn over all of my Request of Discovery He does not have the Right

May the Authority to circumvent this Federal court process and my right to present the evidence to prove my case

I want updated scheduling order Including what happen on Nov. 17th/2017 Reason mediation did not take place am

I want to have a chance to select mediator on December 8th/2017 that does not appear In scheduling order at this time I am Request copy of mediation Result between Spencer Ash Actually between the person Ash Requested to be the mediator Phyllis wants the Results From the mediator

and my discovery materials on Sgt. Brian Majone, officer Joseph.

Furthermore theres documentation from Internal affairs Better known as Professional specifically Sgt. John Dew, Whom stated In writing during the time of my Incident In which Majone, seffely assaulted me With the aid of Joseph Reidy

Sgt Majone was either off duty unemployed or not undutie no employed this Factor Reveals that Members of Rochester Police Department Whom you judge Dismissed City officials, Whom

whom surely improperly trained the official's specifically a sgt mapone whom was not on duty officially at time he assaulted me this corruption will be exposed very soon and the reason magistrate payson was removed I requested she handle entire case please intervene on this matter immediately

Respectfully
Ms. Phyllis Harmon

P.S. I thank you for your time