UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PHYLLIS HARMON,

                Plaintiff,

      v.

CITY OF ROCHESTER, et al.,

                Defendants.
_____

<u>ORDER</u>

14-CV-6562L

Further to a status conference having been held with this Court on June 5, 2018, and counsel for plaintiff having requested an opportunity to file a motion to compel, it is hereby

ORDERED, that plaintiff must file any motion to compel or for other pretrial relief on or before **June 19, 2018**. Any such motion to compel filed by plaintiff, who is now represented by counsel, shall address any specific requests for relief that plaintiff wishes to pursue, including those made in motions previously filed by plaintiff *pro se* that are pending before the Court (*see* Docket ## 30, 43). In the event that plaintiff's motion does not specifically incorporate any request for relief previously made by plaintiff in her *pro se* motions, those requests will be considered resolved or abandoned; and it is further

ORDERED, that defendants shall file their responses on or before **July 10, 2018**; and it is further

ORDERED, that <u>oral argument</u> will be heard before the undersigned on **July 31, 2018**, at **2:00 p.m.**, at 2310 United States Courthouse, 100 State Street, Rochester, New York 14614.

**IT IS SO ORDERED.**

_Marian W Payson_
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
     June **5**, 2018

2